UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD M. BABCOCK,

    Plaintiff,

v.

Case No. 17-cv-10828

HON. MARK A. GOLDSMITH

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

**ORDER (1) ACCEPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED DECEMBER 13, 2017 (Dkt. 20), (2) GRANTING PLAINTIFF'S MOTION TO REMAND PURSUANT TO SENTENCE FOUR (Dkt. 17), AND (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. 18)**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Elizabeth A. Stafford, issued on December 13, 2017 (Dkt. 20). In the R&R, the Magistrate Judge recommends granting Plaintiff's motion to remand pursuant to sentence four (Dkt. 17), and denying Defendant's motion for summary judgment (Dkt. 18). The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the Court accepts the R&R.

Accordingly, the Court grants Plaintiff's motion, denies Defendant's motion for summary judgment, and remands the Commissioner's decision for further consideration under sentence four of 42 U.S.C. § 405(g).

    SO ORDERED.

Dated: January 17, 2018            s/Mark A. Goldsmith
    Detroit, Michigan            MARK A. GOLDSMITH
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 17, 2018.

                                              s/Karri Sandusky
                                              Case Manager